# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:22-mj-03026-WJE |
| | ) | and 2:22-mj-03027-WJE |
| | ) | |
| JONATHAN S. O'DELL AND | ) | |
| BRYAN C. PERRY | ) | |
| | ) | |
| | ) | |

# GOVERNMENT'S EXHIBIT INDEX

| | |
|---|---|
| ✓ = offered & admitted w/o objection | Ltd = admitted for limited purposes |
| Ex = offered, but objected to and excluded | X = offered & admitted over objection |
| DB = admitted, de bene | NO = marked, but not offered |
| | WD = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 10/13/22 | 2:16 pm | Photo of Defendant Perry |
| 2 | ✓ | 10/13/22 | 2:16 pm | Photo of Defendant O'Dell |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _1_ I CERTIFY that I have this date _10/13/2022_ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Michael Oliver                    Name            s/ Michael S. Oliver
                                                                    Signature