IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **BRYAN C. PERRY** and <br> **JONATHAN S. O'DELL**, <br><br> Defendants. | Case No. 22-04065-01/02-CR-C-BCW |

## MOTION TO DISMISS COUNT 38 OF THE THIRD SUPERSEDING INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Western District of Missouri and its undersigned attorney hereby seeks leave of Court to dismiss, without prejudice, Count 38 of the Third Superseding Indictment filed in Case No. 22-04065-01/02-CR-C-BCW on October 24, 2023, as to Defendant Bryan C. Perry.

                                                                         Respectfully submitted,

                                                                         TERESA A. MOORE
                                                                         United States Attorney

By     /s/ Casey Clark
           CASEY CLARK
           Assistant United States Attorney
           901 St. Louis Street, Suite 500
           Springfield, Missouri 65806

           (417) 831-4406
           (417) 831-0078 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

                                       */s/ Casey Clark*
                                       Casey Clark
                                       Assistant United States Attorney